1  PHILLIP A. TALBERT
United States Attorney
2  JESSICA DELANEY
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5
Attorneys for Plaintiff
6  United States of America

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO.  2:19-CR-00129-DJC;

12                         Plaintiff,

                                            STIPULATION REGARDING RESETTING OF
                    v.                      SENTENCING AND DISPOSITION HEARING;
13                                          ORDER

    SABRINA RAYLENE TOILOLO                 COURT: Hon. Daniel J. Calabretta
14
                         Defendants.
15

16

17                              **STIPULATION**

18        Defendant Sabrina Raylene Toilolo pleaded guilty pursuant to a plea agreement before Senior

19  Judge Morrison C. England, Jr. on July 1, 2021.  (ECF 146, 147). The matter was scheduled for a

20  Judgement and Sentencing Hearing before Judge Dale A. Drozd on June 27, 2023. (ECF 252).  On April

21  6, 2023, Chief United States District Judge Kimberly J. Mueller issued an Order Reassigning the Case.

22  (ECF 253). That order vacated all dates and directed parties to schedule the matter before this Court.  A

23  pre-sentence report has already been prepared and the initial report was provided to the parties on March

24  7, 2023.  (ECF 239).

25        Plaintiff United States of America (the "government"), by and through its counsel of record, and

26  defendant Sabrina Raylene Toilolo, by and through her counsel of record, hereby stipulate as follows:

27        1. By this stipulation, the parties now move to set the sentencing and disposition hearing on

28        August 17, 2023, at 9:00 a.m.  The assigned probation officer has been consulted and concurs

          with the proposed date.

STIPULATION REGARDING SENTENCING/DISPOSITION          1

1    2. The parties further agree and stipulate to the following:

2        a)    July 20, 2023: Informal Objections

3        b)    July 27, 2023: Final PSR

4        c)    August 3, 2023: Formal Objections

5        d)    August 10, 2023: Reply / Non-Opposition

6        e)    August 17, 2023, at 9:00 a.m.: Sentencing and disposition

7    IT IS SO STIPULATED.

8

9    Dated:  May 5, 2023                           PHILLIP A. TALBERT
10                                                 United States Attorney

11                                                 /s/ JESSICA DELANEY
12                                                 JESSICA DELANEY
                                                   Assistant United States Attorney

13

14   Dated:  May 5, 2023                           /s/ CANDICE L. FIELDS
15                                                 CANDICE L. FIELDS
                                                   Counsel for Defendant
16                                                 SABRINA RAYLENE TOILOLO

17

18

19

20                               **ORDER**

21   IT IS SO FOUND AND ORDERED this 5th day of May, 2023.

22

23                                                 /s/ Daniel J. Calabretta
                                                   THE HONORABLE DANIEL J. CALABRETTA
24                                                 UNITED STATES DISTRICT JUDGE

25

26

27

28

STIPULATION REGARDING SENTENCING/DISPOSITION          2