|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 27, 2023<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SABRINA RAYLENE TOILOLO,<br><br>    Defendant. | Case No.   2:19-cr-00129-DJC<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  **SABRINA RAYLENE TOILOLO**, Case No. **2:19-cr-00129-DJC**, Charge **18 U.S.C. § 1349**, from custody for the following reasons:

_____  Release on Personal Recognizance

_____  Bail Posted in the Sum of $ _____

_____  Unsecured Appearance Bond $ _____

_____  Appearance Bond with 10% Deposit

_____  Appearance Bond with Surety

_____  Corporate Surety Bail Bond

_____  (Other): _Defendant to be released to Investigator Jeffrey Wells_

  X    _on 06/29/2023 at 8:00 AM. Defendant shall return to the Sacramento County Jail no later than 4:00 PM on 06/29/2023._

Issued at Sacramento, California on June 27, 2023 at 2:08 PM.

By:  /s/ Carolyn K. Delaney

Magistrate Judge Carolyn K. Delaney