CANDICE L. FIELDS
CANDICE FIELDS LAW, PC
400 Capitol Mall, Suite 1620
Sacramento, CA 95814
Telephone: (916) 414-8050
Facsimile: (916) 790-9450

Attorneys for Defendant
Sabrina Toilolo

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:19-CR-00129-DJC |
|---|---|
| Plaintiff, | ORDER |
| v. | DATE: August 17, 2023 |
| SABRINA TOILOLO, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**ORDER**

Following review of the Modified Request to Seal Documents and the documents sought to be sealed, the Court hereby GRANTS the Request.

The Request to Seal Documents, Modified Request to Seal Documents, and the document bates-stamped "S. Toilolo 001-008" shall be sealed and shall remain under seal until further Order of the Court.

Dated: August 14, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE